SEALED

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**ERIC M. RADULOVIC,**<br>**Defendant** | **Crim. No.** 18cr 101 72<br><br>**VIOLATIONS:**<br><br>**18 U.S.C. § 875(c) (Transmitting in Interstate and Foreign Commerce a Threat to Injure the Person of Another)** |

## <u>INDICTMENT</u>

The Grand Jury charges that:

1.      At all times material to the allegations below, ERIC M. RADULOVIC was a 31-year-old male who resided in and was located in and around Avon, Indiana, a suburb of Indianapolis.

2.      On or about August 13, 2017, the day after the violent events in Charlottesville, Virginia that followed the "Unite the Right" rally there, a discussion on 4chan.org's "Politically Incorrect" bulletin board advertised a free speech rally to be held the following Saturday (August 19, 2017) on the Boston Common ("Boston Rally Post").

3.      The Boston Rally Post invited "[l]ibertarians, conservatives, traditionalists, classical liberals, Trump supporters or anyone else who enjoys their right to free speech," to attend, "network and befriend others who share your views, come for good food, and come to stand up against ANTIFA terrorism."

4.      ANTIFA is short for "anti-fascists," a movement of people who generally oppose the white supremacist and "Alt-Right" movements, sometimes by protesting events or engaging in property damage or violence.

5.      The Boston Common is a public park in the middle of Boston, Massachusetts.  It is close to the Massachusetts State House, businesses, educational institutions, and private residences.

6.      Those discussing the anticipated Boston rally on 4chan, among others, discussed whether the Boston rally would face similar political movements and violence seen at the Charlottesville rally.  The initial Boston Rally Post warned people not to bring "any illegal weapons" or to "behave in a manner that makes you look bad."  It also warned people not to "[c]ome planning to instigate violence," and that "[a]ny fights must be strictly defensive."

7.      Despite these warnings, the first response posted warned, "Be prepared everyone. this can get bad."  Later posts included predictions of violence, attempts to persuade against violence, and discussions of possible violence.

8.      In the middle of this discussion, on or about August 13, 2017, RADULOVIC, posing as a member of the "Alt-Right" or white supremacist movement, anonymously posted a message in which he said he would shoot whites at the rally as a means of obtaining sympathy for the "Alt-right" movement:  "I'm going to bring a Remington 700 and start shooting Alt-right guys. We need sympathy after that landwhale got all the liberals teary eyed, so someone is going to have to make it look like the left is becoming more violent and radicalized. It's a false flag for sure, but I'll be aiming for the more tanned/dark haired muddied jeans in the crowd so real whites won't have to worry."

9.      When RADULOVIC posted this message, he was aware of the death following the Charlottesville Rally the day before and was upset about it and the "Alt-right" and white supremacist movements.

10.     At least one person reviewed RADULOVIC's message in Massachusetts.  That person shared RADULOVIC's disrespect for the "Alt-Right" and white supremacist movements, and had planned to attend the Boston rally as a counter-protestor.  After reviewing RADULOVIC's message, however, the person decided against attending the rally out of fear of gun and other violence, and did not attend.

11.     The Boston rally took place on August 19, 2017 as scheduled.  The protestors were vastly outnumbered by the counter-protestors.

COUNT ONE
18 U.S.C. § 875(c) — Transmitting in Interstate and Foreign Commerce a Threat to
Injure the Person of Another

12.     The Grand Jury realleges and incorporates by reference the allegations in

paragraphs 1 through 11 above, and further charges that:

On or about August 13, 2017, in the District of Massachusetts and elsewhere, the

defendant,

ERIC M. RADULOVIC,

intentionally transmitted in interstate and foreign commerce a communication containing a threat

to injure the person of another, for the purpose of issuing a threat, knowing that it would be

interpreted as a threat, and recklessly disregarding the risk that his communication would be

interpreted as a threat.

All in violation of Title 18, United States Code, Section 875(c).

Special Finding

13.     The Grand Jury realleges and incorporates by references the allegations in

paragraphs 1 through 11 above, and further charges that:

The defendant intentionally selected the victims as the object of his threat because of the

actual and perceived race and color of the anticipated attendees at the Boston rally.

A TRUE BILL

_____
Foreperson of the Grand Jury

_____
Scott L. Garland
Anne Paruti
Assistant United States Attorneys

4

DISTRICT OF MASSACHUSETTS, Boston, MA, June 7, 2018,
Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk,

@ 1:28 PM
6/7/18