UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 1:18-cr-10172-IT |
| | * | |
| ERIC RADULOVIC, | * | |
| | * | |
| Defendant. | * | |

ORDER AMENDING CONDITIONS OF RELEASE

February 5, 2019

TALWANI, D.J.

The Defendant, Eric Radulovic, filed an assented-to motion to amend his conditions of release by removing the condition subjecting him to home detention and electronic monitoring. Mot. To Amend Conditions of Release [#29]. Defendant's counsel has represented to the court that Defendant's Pretrial Services officer confirms that Defendant has complied with all conditions of release and reports that the Probation Office in the Southern District of Indiana (where Defendant is supervised) has recommended the removal of the condition subjecting Defendant to home detention and electronic monitoring, and that counsel for the government assents to this motion. Id. Accordingly, the court finds good cause to amend the conditions of release as requested in the assented-to motion. The condition subjecting the Defendant to home detention and electronic monitoring is hereby REMOVED. All other previously-imposed conditions of release remain in effect.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge