# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 1:18-cr-10172-IT |
| | ) | |
| ERIC RADULOVIC | ) | |
| | ) | |

## MOTION FOR HEARING AS TO TRIAL SCHEDULE

The Defendant, Eric Radulovic, respectfully requests that the Court grant a hearing to discuss the trial schedule. The Defendant has provided notice to the Government that he intends call an expert witness to testify at trial with respect to certain features and characteristics of the 4chan online message board where the alleged threat in this case was made. However, the Defendant's proposed expert has longstanding international travel plans and is unavailable between Oct. 16-21, 2019. The Defendant therefore requests that the Court schedule a hearing at the Court's earliest convenience to discuss the trial schedule and whether a continuance or some adjustment to the trial schedule will be necessary.[1]

The Defendant has discussed the content of this Motion with the Government. While reserving its right to challenge the proposed expert testimony on *Daubert* or other grounds, the Government agrees that a prompt hearing as to trial scheduling would be beneficial to the parties.

>
> Respectfully submitted,
> ERIC RADULOVIC,
> By His Attorney,
> */s/ Scott Lauer*
> Scott Lauer (B.B.O. # 667807)
> Federal Public Defender Office
> 51 Sleeper Street, 5th Floor

---

[1] The Government has advised the Defendant that its case-in-chief is likely to be complete by Friday, Oct. 18, 2019. The Defendant's case-in-chief is unlikely to last until October 22, the earliest conceivable date at which Defendant's proposed expert could appear.

1

Boston, MA 02210
(617) 223-8061
scott_lauer@fd.org

**Certificate of Service**

I, Scott Lauer, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

Date: September 16, 2019               */s/ Scott Lauer*
                                       Scott Lauer