AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ERIC M. RADULOVIC,
Defendant.

## JUDGMENT OF ACQUITTAL

CASE NUMBER: 1:18-cr-10172-IT-1

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Indira Talwani                              U.S. District Judge
Name of Judge                              Title of Judge

6/11/2020 nunc pro tunc  1/16/2020
Date